IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Steven Baker, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| vs. | ) ) | |
| Bruin E&P Operating, LLC, | ) ) | Case No. 1:21-cv-041 |
| Defendant. | ) ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on September 16, 2021, at 10:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 27th day of May, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court